LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
RAVEN M. YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
9075 West Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail: *lfink@springelfink.com*
*nduncan@springelfink.com*
*ryim@springelfink.com*

Attorneys for Defendants,
*SECURITAS SECURITY SERVICES USA, INC. and SMITH'S FOOD AND DRUG CENTERS, INC. D/B/A SMITH'S FOOD AND DRUG*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**
\*\*\*

| | |
|---|---|
| LYDIA YVETTE NORMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG, a Foreign Corporation; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DOE EMPLOYEE I, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;,<br><br>Defendant. | Case No.: 2:21-CV-01017<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>ECF No. 28 |

Defendants, SECURITAS SECURITY SERVICES USA, INC. and SMITH'S FOOD AND DRUG CENTERS, INC. D/B/A SMITH'S FOOD AND DRUG (collectively "Defendants") and Plaintiff, LYDIA YVETTE NORMAN ("Plaintiff") their respective counsels of record, stipulate that:

/ / /

/ / /

1. Plaintiff's Complaint against Defendants, and all amendments thereto, are dismissed with prejudice; and

2. Each party is to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 7th day of November, 2022.

SPRINGEL & FINK LLP

By: /s/ Nakesha S. Duncan-Perez, Esq.
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
RAVEN M. YIM, ESQ.
Nevada Bar No. 14972
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Attorneys for Defendants,
*SECURITAS SECURITY SERVICES USA, INC. and SMITH'S FOOD AND DRUG CENTERS, INC. D/B/A SMITH'S FOOD AND DRUG*

DATED this 7th day of November, 2022

ATKINSON WATKINS & HOFFMAN

By: /s/Tyler M. Crawford, Esq.
MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 9061
TYLER M. CRAWFORD
Nevada Bar No. 10559
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Attorneys for Plaintiff

# ORDER

Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 8, 2022